# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0337
_____

LEE C. DANIELS,

Petitioner,

v.

STATE OF FLORIDA, et al.,

Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

July 9, 2024

PER CURIAM.

DISMISSED.

B.L. THOMAS, ROBERTS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lee C. Daniels, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.